LESLIE CAROTHERS, COMMISSIONER OF ENVIRON-
MENTAL PROTECTION *v.* KEMENT AND SONS
CONSTRUCTION, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court is dismissed.

*James W. Sherman,* in support of the petition.

*Robert B. Teitelman,* assistant attorney general, in opposition.

Decided December 17, 1991